UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
LIYA YUSUPOVA et.al.

                              Plaintiff,      03 Civ. 2902 (CBA)

- against -               **SATISFACTION OF JUDGMENT**

GERBER METAL SUPPLY et.al.

                             Defendant.
----------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 0 1 2004 ★
BROOKLYN OFFICE

WHEREAS, a judgment was entered in the above action on the 30th day of June, 2004 in favor of Jennifer Yusupova, Jonathan Yusupova, Liya Yusupova and David Yusupova and against Gerber Metal Supply Company and Patrick S. Ianiro in the amount of $6,000.00 without interest and costs, and said judgment thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Brooklyn, New York
       October 22, 2004

                                      LAW OFFICES OF ILYA KLEYNERMAN, P.L.L.C.
                                      ATTORNEYS FOR PLAINTIFF
                                      by: _____
                                      1075 BAY RIDGE AVENUE
                                      BROOKLYN, NEW YORK 11219

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF KINGS)

On the 22nd day of October, 2004 before me personally came Ilya Kleynerman, to me known and known to be a member of the firm of Law Offices of Ilya Kleynerman, P.L.L.C. , attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

DONNA M. MALAVE
Notary Public, State of New York
No. 01MA5086896
Qualified in Kings County
Commission Expires 4-10-2006

_____
Notary Public